UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> DOMS PIZZERIA, INC., et al., <br><br> Defendants. | CASE NO.: 2:23-cv-00111-WSS |

**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

In accordance with the Court's July 25, 2024 Order [Doc. No. 34], Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") respectfully moves the Court to enforce the settlement agreement reached between Plaintiff and Defendants Dom's Pizzeria, Inc. and Dominic A. Pecora (collectively, "Defendants"), and states as follows:

1.  Plaintiff filed its Complaint on January 23, 2023 alleging Defendants' violation of the Communications Act of 1935, as amended, 47 U.S.C. § 553 and 47 U.S.C. § 605, by exhibiting *Ultimate Fighting Championship® 257: Poirier vs. McGregor 2* on January 23, 2021, for which Plaintiff held the exclusive commercial licensing rights, without Defendants obtaining a license, permission, or authorization from Plaintiff. *See* Doc. No. 1.

2.  After negotiations through the undersigned and Defendants' counsel, a settlement was reached between Plaintiff and Defendants to resolve the lawsuit for a total of $6,000 paid at $500 per month on the 15th of each month beginning December 15, 2023. *See* Exhibit A.

3.  Upon full execution of the settlement agreement and receipt of the first installment, a Notice of Settlement was filed with the Court on January 17, 2024. *See* Doc. No. 30.

4. After Defendants fell more than four (4) months behind on their payments, the undersigned reached out to Defendants' counsel to notify him of their default on payments and offer an opportunity to Defendants to rectify their default. Defendants' counsel responded that he had not been able to make contact with his client. *See* Exhibit B.

5. As stated in Plaintiff's Status Report [Doc. No. 33], Defendants remain in breach of the settlement agreement and have not rectified their default to date.

6. To date, Plaintiff has only received three (3) of the agreed upon payments, leaving Defendants $4,500 short of the full settlement payment.

7. Plaintiff now requests the Court enforce such settlement agreement and enter judgment against the Defendants for the remaining $4,500 due to Plaintiff. *See Greene v. Wal-Mart Stores E., L.P.*, 2022 WL 14891783, at *2 (W.D. Pa. Mar. 15, 2022) ("Courts will enforce a settlement agreement if all its material terms have been agreed upon by the parties."); *Bergeron v. Benton Energy Serv. Co.*, 2017 WL 498506, at *2 (W.D. Pa. Feb. 7, 2017) ("Where a settlement agreement contains all of the requisites for a valid contract, a court must enforce the terms of the agreement.").

WHEREFORE, Plaintiff Joe Hand Promotions, Inc. respectfully requests the Court to enforce such settlement agreement and enter judgment against the Defendants for $4,500. In the event that the Court determines that the parties' settlement agreement is invalid or otherwise unenforceable, Plaintiff respectfully requests the Court to reinstate this case to allow Plaintiff to pursue its claims in the Complaint.

Respectfully submitted,

Dated: August 6, 2024  BY: /s/ Ryan R. Janis
Ryan R. Janis, Esq.
JEKIELEK & JANIS
203 E. Pennsylvania Blvd.
Feasterville, PA 19053
T: (215) 337-4860
F: (267) 386-2167
ryan@jj-lawyers.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed via the Court's ECF system on the 6th day of August, 2024, which will notify the following:

Nicholas A. Miller
Brenlove & Fuller, LLC
401 Washington Avenue
Bridgeville, PA 15107
nmiller@brenlovefuller.com

Attorneys for Defendants


Dated: August 6, 2024  By: /s/ Ryan R. Janis
Ryan R. Janis, Esq.