IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DOM'S PIZZERIA, INC. *doing business as* DOM'S PIZZERIA and DOMINIC A. PECORA, <br><br> *Defendants.* | Civil Action No. 2:23-cv-111 <br><br> Hon. William S. Stickman IV |

## JUDGMENT ORDER

AND NOW, this **20** day of September 2024, pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Joe Hand Promotions, Inc. and against Defendants Dom's Pizzeria, Inc. *doing business as* Dom's Pizzeria and Dominic A. Pecora, jointly and severally, in the amount of **$4,500.00**.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

1